UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABUBAKAR ABDU GIZA**, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **ANTHONY J. BLINKEN**, U.S. Secretary of State, *et al.*, <br><br> Defendants. | Case No. 23-cv-1641 (CRC) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** THAT [ECF No. 8] Defendants' Motion to Dismiss is GRANTED. It is further

**ORDERED** that the complaint and the case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

                                                                                                          _____
                                                                                                          CHRISTOPHER R. COOPER
                                                                                                          United States District Judge

Date: <u>August 27, 2024</u>